In the Matter of HARRY BOYARSKY, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 6, 1942; decided August 6, 1942.

*Albert Boyar* and *Morris Ehrlich* for appellant.

*Israel Convisser* for Harry Schepps, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.